USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JACOB SCHWARTZ,

                          Plaintiff,

          -against-

CITY OF NEW YORK,

                          Defendant.

-------------------------------------------------------------------X

**ORDER**

19 Civ. 5204 (AT)

ANALISA TORRES
UNITED STATES DISTRICT JUDGE

    Upon the application of Defendant for leave to take the deposition of Plaintiff Jacob Schwartz, an inmate, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

    IT IS HEREBY ORDERED that the Superintendent or other official in charge of the Gowanda Correctional Facility, located at South Road, Gowanda, New York 14070, produce inmate Jacob Schwartz, DIN: 19-R-1555, at a location within the facility with video conference capabilities for the taking of his deposition on January 17, 2020, commencing at 10:00 a.m., with his attorney present, and any such dates as may be adjourned, and for so long thereafter as the deposition continues; and

    IT IS FURTHER ORDERED that the Superintendent or other official in charge of the Gowanda Correctional Facility allow Jacob Schwartz, DIN: 19-R-1555, to be present at a location with video conference capabilities, without his attorney present, so that he might participate in the depositions of other witnesses, commencing at 9:30 a.m. on January 27, 2020, and at 9:30 a.m. on January 29, 2020, until such time on those dates as those depositions conclude; and

IT IS FURTHER ORDERED that Plaintiff Jacob Schwartz appear at such place(s) as designated by the Superintendent or other official in charge of the Gowanda Correctional Facility so that his deposition may be taken.

The Clerk of Court is directed to terminate the motion at ECF No. 38.

SO ORDERED.

Dated: January 7, 2020
       New York, New York

ANALISA TORRES
United States District Judge