

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**Andrea O'Connor**
Labor & Employment Law Division
Phone: 212-356-4015
Fax: 212-356-1148
aoconnor@law.nyc.gov

January 22, 2020

**VIA ECF**
Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007

Request GRANTED. SO ORDERED.
Dated: 1/22/2020

*/s/ Stewart D. Aaron*

Re:   Schwartz v. City of New York
      19 Civ. 5204 (AT)(SDA)

Dear Judge Aaron:

      I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, assigned as counsel for defendant City of New York in the above referenced action. As discussed during yesterday's telephone conference, I write today on behalf of both parties to respectfully request that fact discovery in this action be extended to March 16, 2020 to coincide with the close of expert discovery.

      The parties thank the Court for its attention to this request.

Respectfully Submitted,

/s/
Andrea O'Connor
Assistant Corporation Counsel

cc:   Arthur Z. Schwartz (via ECF)