USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/4/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOB SCHWARTZ,

        Plaintiff,

-against-

CITY OF NEW YORK,

        Defendant.

19 Civ. 5204 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the extension of the fact discovery deadline, ECF No. 51, and Defendant's pending motion to dismiss, ECF No. 25, the case management conference scheduled for March 9, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: March 4, 2020
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge