```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOB SCHWARTZ,

                  Plaintiff,

-against-

CITY OF NEW YORK,

                  Defendant.

19 Civ. 5204 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant having filed a pre-motion letter seeking leave to file a motion for summary judgment, ECF No. 69, it is ORDERED that the case management conference scheduled for July 14, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: July 8, 2020
         New York, New York

                                                          ANALISA TORRES
                                               United States District Judge