UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/29/2020__

-------------------------------------------------------------------X
:
JACOB SCHWARTZ,                                                    :
:
               Plaintiff,                                 :
:                           19-CV-5204 (JPC)
      -v-                                                        :
:                           ORDER
CITY OF NEW YORK,                                                 :
:
               Defendant.                                 :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 2, 2020, the Court ordered the parties to submit a joint letter updating the Court

on the status of the case by October 16, 2020.  (Dkt. 78.)  The parties failed to submit this letter to

the Court.  Within one week of the filing of this Order, it is hereby ORDERED that either (1) the

parties must file on ECF the joint letter described in Dkt. 78 or (2) each party must submit a letter,

of no more than five pages, showing cause why sanctions should not be imposed in light of the

parties' failure to comply with the Court's Order of October 2, 2020.

      SO ORDERED.

Dated: October 29, 2020
      New York, New York                          _____
                               JOHN P. CRONAN
                         United States District Judge