USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/24/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

JACOB SCHWARTZ,

Plaintiff,                                    19 **CIVIL** 5204 (JPC)

-against-                                    **JUDGMENT**

THE CITY OF NEW YORK,

Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated September 24, 2021, the City's motion for

summary judgment is granted; accordingly, the case is closed.


**Dated:** New York, New York
          September 24, 2021



                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**
                          **BY:**
                                        _____
                                        **Deputy Clerk**