```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JACOB SCHWARTZ,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :   19 Civ. 5204 (JPC)
         -v-                                                           :
                                                                       :   ORDER
CITY OF NEW YORK,                                                      :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court will hold a status conference on January 24, 2023, at 11:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. By January 17, 2023, each party shall submit a letter as to whether the Court should exercise supplemental jurisdiction over Plaintiff's remaining claims. *See* Dkt. 103 at 7.

SO ORDERED.

Dated: December 28, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge