```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JACOB SCHWARTZ,                                                        :
                                                                       :
                        Plaintiff,                                     :
                                                                       :       19 Civ. 5204 (JPC)
            -v-                                                        :
                                                                       :              ORDER
CITY OF NEW YORK,                                                      :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court plans to construe the Plaintiff's pre-motion letter seeking leave to file a motion to amend, Dkt. 105, as a motion to amend itself and will address that motion at the next conference in this case. In the event the Plaintiff wishes to submit additional briefing in support of his motion to amend, the Plaintiff shall notify the Court by January 23, 2023, at 3:00 p.m., at which point the Court will adjourn the January 24, 2023 conference and set a deadline for the Plaintiff's brief. The Court will advise the Defendant if further briefing in opposition, in addition to its letter of January 17, 2023, Dkt. 110, is needed.

SO ORDERED.

Dated: January 23, 2023
       New York, New York

JOHN P. CRONAN
United States District Judge