```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JACOB SCHWARTZ,                                                        :
                                                                       :
                            Plaintiff,                                 :
                                                                       :           19 Civ. 5204 (JPC) (SDA)
             -v-                                                       :
                                                                       :                    ORDER
CITY OF NEW YORK,                                                      :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 7, 2023, the Court held a conference at which it heard arguments from the parties on Plaintiff's motion to amend his Third Amended Complaint and on whether the Court should exercise supplemental jurisdiction over the remaining state law claims, and issued a ruling as to both issues. For the reasons explained on the record, Plaintiff's request for leave to amend the Third Amended Complaint is denied, as such a motion would clearly be without merit because of Plaintiff's undue delay in seeking to amend. Moreover, since the only claim for which original federal jurisdiction exists has been dismissed, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. Accordingly, the case is dismissed without prejudice. The Clerk of Court is respectfully directed to terminate this case.

    SO ORDERED.

Dated: February 7, 2023
       New York, New York

                                                   JOHN P. CRONAN
                                                   United States District Judge